UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Michael Wolfe,**

    **Plaintiff,**

    v.

**Richard Albrecht, et al.,**

    **Defendants.**

**Case No. 2:15–cv–2773**

**Judge Michael H. Watson**
**Magistrate Judge Jolson**

## ORDER

This matter is before the Court for consideration of Magistrate Judge Jolson's Report and Recommendation ("R&R") dated October 4, 2016. ECF No. 46. In the R&R, Magistrate Judge Jolson recommended that the Court remand this action to the Franklin County Court of Common Pleas because the additional defendants added in Plaintiff's amended complaint destroyed diversity and therefore deprived this Court of subject matter jurisdiction. See id. at 3 (citing 28 U.S.C.A. § 1447(c)).

The R&R advised the parties that any party may object to Magistrate Judge Jolson's recommendation within fourteen days of the date on which the R&R was filed. Id. at 3. The R&R specifically advised the parties that the "[f]ailure to object to the [R&R] will result in a waiver of the right to have the district judge review the [R&R] de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the [R&R]." Id. at 4 (citing Thomas v. Arn, 474 U.S. 140, 152–53 (1985)).

More than fourteen days have elapsed since the date of the R&R. Neither party has objected. As such, the Court hereby **ADOPTS** the R&R and **REMANDS** this case to the Franklin County Court of Common Pleas.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**